UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:03-cr-00149-LRH-RAM |
| Plaintiff, | |
| | MINUTE ORDER |
| vs. | |
| | March 31, 2010 |
| SANTIAGO PEREZ-GOMEZ, | |
| Defendant. | |

PRESENT:  THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: ROSEMARIE MILLER            REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):            NONE APPEARING

COUNSEL FOR DEFENDANT(S):            NONE APPEARING

MINUTE ORDER IN CHAMBERS:

    Before the court is Defendant's Petition Requesting Waiver of Penalty Assessment on a Prior Judgement (sic) Imposed on 01/30/2004 (#29).  Having again re-entered the country illegally and being in violation of the terms of his supervised release in this case, there are insufficient grounds that would warrant waiver of his penalty assessment.

    Defendant's Petition Requesting Waiver of Penalty Assessment on a Prior Judgement (#29) is DENIED.

    IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:            /s/
        Deputy Clerk